ARMAND PETIT, PETITIONER FOR MANDAMUS,

*vs.*

ARMAND DUQUETTE.

York.    Opinion, April 16, 1943.

*Thomas F. Sullivan,* for the petitioner.

*Louis B. Lausier,*

*William P. Donahue,* for the defendant.

SITTING: STURGIS, C. J., HUDSON, MANSER, MURCHIE, CHAP-
MAN, JJ.

PER CURIAM.

Exceptions duly certified to the refusal of a Justice of the
Supreme Judicial Court to award a peremptory writ on a peti-
tion for mandamus to compel the Clerk of the City of Bidde-
ford to place the name of the petitioner, as an Independent
candidate for the office of Councilman at large, on the general
ballot to be used in an approaching municipal election.

It clearly appearing that this proceeding was neither insti-
tuted nor heard until after the election to which it relates had
been held and finally concluded and the respondent then had
no power or authority to act upon the petitioner's nomina-
tion for the office he was seeking, the refusal to issue a peremp-
tory writ which he could not obey was not error, and abstract
questions, raised in the pleadings and on the briefs, required
no ruling.

As a prior timely but independent petition, denied on other
grounds with exceptions reserved but withdrawn, lends no
efficacy to this proceeding, the entry is,

*Exceptions overruled.*